UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEJUANA BEAVER,**
**Individually and on Behalf of All**
**Others Similarly Situated,**

      **Plaintiffs,**

    v.                       Case No.: 2:20-cv-485
                             JUDGE EDMUND A. SARGUS, JR.
                             Magistrate Judge Chelsey M. Vascura

**EASTLAND MALL HOLDINGS,**
**LLC,** *et al.***,**

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiffs' Motion for Approval of Notice by Publication. (ECF No. 24.)  On January 8, 2021, this Court granted Plaintiffs' Motion for Conditional Class Certification and ordered Defendants to provide Plaintiffs with the names, last known addresses, email addresses, dates of employment, and positions of all individuals currently and formerly employed by Defendants at Eastland Mall during the three years prior to January 28, 2020.  (ECF No. 23.)

Defendants are in default in this action and have failed to comply with the Court's January 8, 2021 order.  Plaintiffs have therefore been unable to distribute the approved notice by mail and email to potential opt-in Plaintiffs.  Thus, Plaintiffs move the court to approve publication of an abbreviated notice to potential opt-in Plaintiffs on counsel's website and social media accounts. Given Defendants' default and lack of compliance with the Court's order, the Court agrees with

1

Plaintiffs that publication on counsel's website and social media accounts is the most effective manner to notify potential opt-in Plaintiffs of their right to participate in this action.

Accordingly, the Court **GRANTS** Plaintiffs' Motion (ECF No. 24) and **APPROVES** distribution of the Proposed Notice (ECF No. 24-1) on Mansell Law's website and social media platforms for the duration of the 45-day notice period.

**IT IS SO ORDERED.**


2/5/2021                                                      s/Edmund A. Sargus, Jr.
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**