UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEJUANA BEAVER,**
**Individually and on Behalf of All**
**Others Similarly Situated,**

      **Plaintiffs,**

  v.                              Case No. 2:20-cv-485
                                    JUDGE EDMUND A. SARGUS, JR.
                                    Magistrate Judge Chelsey M. Vascura

**EASTLAND MALL HOLDINGS,**
**LLC,** *et al.***,**

      **Defendants.**

## OPINION AND ORDER

This matter was before the Court for a damages hearing on June 28, 2021 following the Court's orders granting default judgment and FLSA class certification. (ECF Nos. 27, 29.) Plaintiffs submitted documentary evidence of damages and attorneys' fees and costs. (ECF Nos. 31–32.) Based on this evidence, the Court found on the record that Plaintiffs are entitled to the requested damages, attorneys' fees and costs, and post-judgment interest.

Accordingly, the Clerk is directed to **ENTER JUDGMENT** in favor of Plaintiffs against Defendants as follows:

(1) Plaintiffs Beaver, Baylor, Freeman, Champion, and Hendricks-Keaton are awarded overtime and liquidated damages in the total amount of $28,364.00 for Defendants' violation of the FLSA and the Ohio Minimum Fair Wage Standards Act.

(2) Plaintiff Champion is awarded $8,568.00 in back wages on his FLSA retaliation claim.

1

(3) Plaintiffs Beaver, Baylor, Freeman, Champion, and Hendricks-Keaton are awarded a total amount of $14,200.00 for Defendants' violation of the Ohio Prompt Pay Act.

(4) Plaintiffs are awarded their reasonably attorneys' fees in the amount of $30,219.00 and costs in the amount of $586.25.

(5) Plaintiffs are entitled to post-judgment interest from June 28, 2021 at a rate of .09% per day, compounded annually, until the judgment is paid, pursuant to 28 U.S.C. § 1961(a).[1]

(6) Plaintiffs may file a motion for attorneys' fees associated with the damages hearing and collecting judgment from Defendants.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**6/28/2021**                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                                **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] Daily Treasury Yield Curve Rates (accessed on June 28, 2021), https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=yieldYear&year=2021.