CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02

OHIO REVISED CODE

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF OHIO  SS.

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on __05/09/2022__ there was entered in the record in this court, __Eastern Division__ at __Columbus__, Ohio in

Case Number: 2:20-cv-485

Case Name: Kejuana Beaver v. Eastland Mall Holdings, LLC. et al.

Judgment in favor of: Mansell Law LLC & the Plaintiffs

and against: Defendants Eastland Mall Holdings, LLC & Group 7 Staffing, LLC

In the amount of: $9,581.00 to Mansell Law LLC in attorney's fees and $445.58 to Mansell Law LLC for litigation costs.

None

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at __Columbus__, Ohio this __21st__ Day of __June__, A.D. __2022__.

RICHARD W. NAGEL, CLERK

BY: *Taylor Adams*

Taylor L. Adams, Deputy Clerk

*Revised 7/14/15*